**Opinion issued October 11, 2016**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-16-00413-CV

_____

### KENNETH HANNA JUNIOR, Appellant

### V.

### GONZALEZ WALL SYSTEMS AND SHAHMORADI & ASSOCIATES, INC., Appellees

---

**On Appeal from the 10th District Court**
**Galveston County, Texas**
**Trial Court Case No. 14-CV-1315**

---

## MEMORANDUM OPINION

Appellant Kenneth Hanna Junior and appellee Gonzalez Wall Systems have filed an agreed motion to dismiss this appeal. No opinion has issued in this appeal. Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Bland, Massengale, and Lloyd.